# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAYLOR Z. TRAN  
623 CARY WOODS CIRCLE        SSN-xxx-xx-0052  
CARY, IL  60013

Case Number: 08-71082

Case filed on:        4/10/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,870.10          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICES OF KONSTANTINE SPARAGIS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CARY WOODS CONDO ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GEMB / TWEETER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NEXTCARD INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TAYLOR Z. TRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 27,041.46 | 25,500.00 | 1,044.73 | 696.34 |
| 003 | SPECIALIZED LOAN SERVICING | 723.50 | 723.50 | 0.00 | 0.00 |
| 004 | WELLS FARGO BANK NA | 13,494.55 | 13,494.55 | 0.00 | 0.00 |
|  | Total Secured | 41,259.51 | 39,718.05 | 1,044.73 | 696.34 |
| 001 | JP MORGAN CHASE BANK | 0.00 | 154.15 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 1,735.03 | 173.50 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 6,528.53 | 652.85 | 0.00 | 0.00 |
| 007 | CAPITAL 1 BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 9,057.74 | 905.77 | 0.00 | 0.00 |
| 009 | CARY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MACYS RETAIL HOLDINGS INC | 388.88 | 38.89 | 0.00 | 0.00 |
| 014 | ILLINOIS STUDENT ASSISTANCE COMM | 1,729.07 | 172.91 | 0.00 | 0.00 |
| 015 | CHASE BANK USA NA | 4,717.86 | 471.79 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 8,260.26 | 826.03 | 0.00 | 0.00 |
|  | Total Unsecured | 32,417.37 | 3,395.89 | 0.00 | 0.00 |
|  | Grand Total: | 73,676.88 | 43,113.94 | 1,044.73 | 696.34 |

Total Paid Claimant:     $1,741.07  
Trustee Allowance:       $129.03         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008           By  /s/Heather M. Fagan